**KIMMEL AND SILVERMAN PC**
Joseph D. Steward, III (CA Bar No, 337385)
1055 West 7th Street 33rd Floor
Los Angeles, CA 90017
Tel: 215-540-8888
Email: jsteward@creditlaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SMITH,<br><br>          Plaintiff,<br><br>vs.<br><br>MARKETINGLABS, LLC D/B/A<br>MIDWEEKPAY.COM,<br><br>          Defendant. | No. 2:20-cv-11796-PLA<br><br>**NOTICE OF RESOLUTION**<br><br>Judge: Hon. Paul L. Abrams |

Plaintiff Pamela Smith ("Plaintiff"), for herself and on behalf of Defendant MarketingLabs LLC, d/b/a Midweekpay.com ("Defendant," and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby informs the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter.  The Parties anticipate that a notice of voluntary dismissal will be filed in the next sixty (60) days.  In the interim, the Parties respectfully request that the Court vacate any and all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

Respectfully Submitted,

Dated:       February 23, 2022       **KIMMEL AND SILVERMAN PC**

By: /s/ Joseph D. Steward III
Joseph D. Steward III

*Counsel for Plaintiff*

NOTICE OF RESOLUTION, CASE NO.
2:20-CV-11796-PLA

1

## CERTIFICATE OF CM/ECF SERVICE

2    The undersigned hereby certifies that a true and correct copy of the above and

3    foregoing document has been served on all counsel of record via the Court's CM/ECF

4    system for the above-captioned matter.

5

6    Respectfully Submitted,

7

8    Dated:    February 23, 2022    **KIMMEL AND SILVERMAN PC**

9

10    By: /s/ Joseph D. Steward III
     Joseph D. Steward III

11    *Counsel for Plaintiff*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

NOTICE OF RESOLUTION, CASE NO.
2:20-CV-11796-PLA